United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Trustees of the U.A. Local 393 Pension Fund, | NO. C 06-01410 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| All Temp Engineering Inc., | |
| Defendant. | |
| _____/ | |

In light of the Plaintiff's Case Management Statement, the Court continues the case management conference presently scheduled for October 23, 2006 to **November 20, 2006 at 10 a.m.** to accommodate the parties' efforts in resolving this case. Pursuant to the Civil Local Rules of the Court, the parties shall file a joint case management statement no later than ten (10) days before the date of the conference.

Dated: October 17, 2006

                                                            JAMES WARE
                                                           United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Mark S. Renner mrenner@wmjpr.com
Roger Mark Mason rmason@smwb.com

4 **Dated: October 17, 2006**  **Richard W. Wieking, Clerk**

6 **By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California