United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Trustees of the U.A. Local 393 Pension Fund, et al., | NO. C 06-01410 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| All Temp Engineering Inc., | |
| Defendant. | |

In light of the potential settlement reached in this case, the Court continues the case management conference scheduled for November 20, 2006 to **December 4, 2006 at 10:00 a.m.** This conference will be vacated if and when the parties file a written notice of settlement.

Dated:  November 15, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark S. Renner mrenner@wmjpr.com
Roger Mark Mason rmason@smwb.com

**Dated: November 15, 2006**        **Richard W. Wieking, Clerk**

   **By:   /s/ JW Chambers
         Elizabeth Garcia
         Courtroom Deputy**

**United States District Court**
For the Northern District of California