United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Trustees of the U.A. Local 393 Pension Fund, et al., | NO. C 06-01410 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| All Temp Engineering Inc., | |
| Defendant. | |
| _____/ | |

On the Court's own motion, the case management conference currently scheduled for December 4, 2006 is continued to **December 18, 2006 at 10:00 a.m.**

Dated:  November 30, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark S. Renner mrenner@wmjpr.com
Roger Mark Mason rmason@smwb.com

**Dated:  November 30, 2006**                                   **Richard W. Wieking, Clerk**

                                                                **By:  /s/ JW Chambers
                                                                       Elizabeth Garcia
                                                                       Courtroom Deputy**