MARK S. RENNER, SBN 121008
WYLIE, McBRIDE, JESINGER, PLATTEN & RENNER
2125 Canoas Garden Avenue Suite 120
San Jose, California 95125
Telephone: 408.979.2920
Facsimile: 408.979.2934
mrenner@wmjpr.com

Attorneys for Plaintiff TRUSTEES

ROGER M. MASON, ESQ., SBN 107486
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Avenue, Suite 104C
Los Gatos, CA 95032
Telephone: (408)356-3000
Facsimile: (408)354-8839

Attorneys for Defendant ALL TEMP ENGINEERING, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ALL TEMP ENGINEERING, INC., a California corporation,<br><br>Defendant. | CASE NO. C06-01410 JW<br><br>**STIPULATION FOR DISMISSAL (AND ORDER)** |

The parties in the above-entitled matter, through their respective counsel, hereby stipulate that the above action shall be dismissed WITH PREJUDICE.

Dated: December 12, 2006          WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER

By _____
MARK RENNER
Attorney for Plaintiffs

1

STIPULATION FOR DISMISSAL (AND ORDER)
Case No. C06-01410 JW

Dated: December 13, 2006     SWEENEY, MASON, WILSON & BOSOMWORTH

By: /s/ Roger M. Mason
ROGER M. MASON
Attorneys for Defendant ALL TEMP ENGINEERING, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: December 14, 2006     /s/ James Ware
THE HONORABLE JAMES A. WARE
UNITED STATES DISTRICT JUDGE

l:\0039\06426\pleading\stipulation for dismissal.doc